UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS,<br><br>            Plaintiff,<br><br>    v.<br><br>JACKSON LABORATORY,<br><br>            Defendant. | Case No.: C 08-5568 PVT<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

This case was originally assigned to Magistrate Judge Joseph C. Spero.[1] On December 31, 2008, Plaintiff filed a Consent to Proceed Before a United States Magistrate Judge. On January 7, 2009, this case was reassigned to Magistrate Judge Patricia V. Trumbull (due to a recusal by Judge Spero). On January 16, 2009, Plaintiff filed a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Based on the file herein,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge.

This court's Civil Local Rule 73-1(a) governs when parties must file consents or declinations in cases initially assigned to a Magistrate Judge. Both subsection (1) and subsection (2) of that rule refer to "written consent to the jurisdiction of *the* magistrate judge." *See* CIVIL L.R. 73-1(a)(1) & (2)

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

(emphasis added). The court's use of the word "the" rather than "a" indicates that a party who consents is consenting to the specific Magistrate Judge initially assigned to the case. Thus, it appears that although Plaintiff has filed a consent to Magistrate Judge jurisdiction, it was not precluded from declining such jurisdiction and requesting reassignment to a District Judge when the case was reassigned to a different Magistrate Judge.

Dated: *3/13/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.*** |
| 4 | |
| 5 | <u>copies mailed on                    to:</u> |
| 6 | Plaintiff's Attorney's Name, Esq.<br>Address |
| 7 | |
| 8 | Defendant's Attorney's Name, Esq.<br>Address |
| 9 | |
| 10 | _____<br>CORINNE LEW<br>Courtroom Deputy |