HOWARD A. SLAVITT (State Bar No. 172840)
ALLISON L. EHLERT (State Bar No. 230362)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:   ef-has@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
CHELSEA A. LOUGHRAN (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts  02210-2206
Telephone: 617.646.8000
Facsimile: 617.646.8646

*E-FILED - 4/2/09*

Email:   malbert@wolfgreenfield.com
         mrader@wolfgreenfield.com
         cloughran@wolfgreenfield.com

Attorneys for Defendant and Counterclaimant
THE JACKSON LABORATORY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>THE JACKSON LABORATORY, a Maine corporation,<br><br>             Defendant. | Case No. CV 08-05568 RMW<br><br>**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>**Prior CMC Date**: April 17, 2009<br><br>**New CMC Date**: May 15, 2009<br><br>[Declaration of Michael Rader filed concurrently herewith] |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Defendant and Counterclaimant The Jackson

Laboratory ("Jackson") requests that the Case Management Conference currently scheduled for

April 17, 2009 at 10:30 a.m. be continued until May 15, 2009 at 10:30 a.m.  Plaintiff and

**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800 · FAX 415.989.1663

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  Defendant-in-Counterclaim The Central Institute for Experimental Animals ("CIEA") stipulates to

2  Jackson's request.

3  WHEREAS CIEA filed a complaint in this action on or about December 12, 2008;

4  WHEREAS, as set forth in the Declaration of Michael N. Rader dated March 26, 2009, and

5  filed concurrently herewith, the parties agreed to a 30-day extension, from January 12 to February

6  11, 2009, for Jackson to answer or otherwise respond to the complaint;

7  

8  WHEREAS Jackson filed an answer and counterclaims on February 11, 2009;

9  WHEREAS CIEA filed a reply to Jackson's counterclaims on March 6, 2009;

10  WHEREAS on March 12, 2009, the Clerk of the Court issued a Reassignment Order

11  pursuant to which this action was reassigned from Magistrate Judge Patricia Trumbull to Judge

12  Ronald M. Whyte for all further proceedings;

13  

14  WHEREAS on March 17, 2009, the Court served Notice that a Case Management

15  Conference had been scheduled for April 17, 2009 before Judge Ronald M. Whyte;

16  WHEREAS Jackson's counsel Michael Rader is of the Jewish faith, and April 16, 2009 is

17  the final day of the Passover holiday on which he is unable to travel for religious reasons, making

18  it unduly burdensome for him to appear for a Case Management Conference on April 17, 2009;

19  WHEREAS the undersigned have discussed this conflict and counsel for CIEA does not

20  oppose a postponement of the Case Management Conference;

21  WHEREAS, because of other scheduling conflicts, including other case commitments of

22  both parties' counsel, the undersigned have mutually determined that the next reasonably

23  convenient Friday for both sides to appear for a case management conference is May 15, 2009;

24  

25  NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the

26  parties as follows:

27  

28  

**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

1.     The Case Management Conference in this action will be continued from April 17, 2009, until May 15, 2009, at 10:30 a.m., or the next date thereafter available on the Court's calendar.

Dated: March 27, 2009                          WOLF, GREENFIELD & SACKS, P.C.


                                                 /s/ Michael N. Rader
                                               Michael N. Rader
                                               Attorneys for The Jackson Laboratory


Dated: March 27, 2009                          STROOCK & STROOCK & LAVAN LLP


                                                 /s/ Ronald M. Daignault
                                               Ronald M. Daignault
                                               Attorneys for The Central Institute
                                               For Experimental Animals


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: ___4/2/09_____          *Ronald M. Whyte*
                                    _____
                                    The Honorable Ronald M. Whyte
                                    United States District Judge

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California  94111-4213
415.391.4800 · Fax 415.989.1663

**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**