HOWARD A. SLAVITT (State Bar No. 172840)
ALLISON L. EHLERT (State Bar No. 230362)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail:   ef-has@cpdb.com
E-mail:   ef-ale@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
CHELSEA A. LOUGHRAN (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail:   malbert@wolfgreenfield.com
          mrader@wolfgreenfield.com
          cloughran@wolfgreenfield.com

Attorneys for Defendant and Counterclaimant
THE JACKSON LABORATORY

***E-FILED - 4/17/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>THE JACKSON LABORATORY, a Maine corporation<br><br>        Defendant. | Case No. CV 08-5568 RMW<br><br>**CORRECTED STIPULATION AND [] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

The parties agree to participate in the following ADR process:

**Court Processes:**

    X    Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:

    X    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

Dated: March 3, 2009    /s/ Ronald M. Daignault (*pro hac vice*)
    Ronald M. Daignault
    Attorneys for Plaintiff
    CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS

Dated: March 3, 2009    /s/ Michael N. Rader (*pro hac vice*)
    Michael N. Rader
    Attorneys for Defendant and Counterclaimant
    THE JACKSON LABORATORY

**[] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    X    Mediation

Deadline for ADR session

    X    90 days from the date of this order.

IT IS SO ORDERED.

Dated: 4/17/09

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE