KENNETH E. KELLER (SBN: 714050) kkeller@kksrr.com
MICHAEL D. LISI (SBN: 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

JOSEPH DIAMANTE (*Pro Hac Vice Pending*)
RONALD M. DAIGNAULT (*Pro Hac Vice Pending*)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY  10022-3902
Telephone:  (212) 891-1610
Facsimile:  (212) 891-1699

Attorneys for Plaintiff and Cross-Defendants
THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS

*E-FILED - 5/20/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THE JACKSON LABORATORY, a Maine corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: CV 08 5568 RMW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER – CORRECTED VERSION**<br><br>**Prior CMC Date:**  May 22, 2009<br><br>**New CMC Date:**  June 5, 2009<br><br>[Declaration of Michael D. Lisi filed concurrently herewith] |
|---|---|

    Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff and Cross-Defendants The Central Institute for Experimental Animals ("CIEA") requests that the Case Management Conference currently scheduled for May 22, 2009 at 10:30 A.M. be continued until June 5, 2009.  Defendant and Counterclaimant The Jackson Laboratory ("Jackson") stipulates to CIEA's request.

1  WHEREAS, CIEA filed a complaint in this action on December 12, 2008;

2  WHEREAS, on March 12, 2009, the Clerk of the Court issued a Reassignment Order
3  pursuant to which this action was reassigned from Magistrate Judge Patricia Trumbull to Judge
4  Ronald M. Whyte for all further proceedings;

5  WHEREAS, on March 17, 2009, the Court served Notice that a Case Management
6  Conference had been scheduled for April 27, 2009, before Judge Ronald M. Whyte;

7  WHEREAS, because of scheduling conflicts for Jackson's counsel, the parties requested a
8  continuance of the Case Management Conference until May 15, 2009, which request was granted by
9  the Court;

10  WHEREAS, on May 6, 2009, the Court continued the Case Management Conference to May
11  22, 2009;

12  WHEREAS, counsel for CIEA has a scheduling conflict on that day, and will be out of town
13  on that day attending a previously set matter in another case;

14  WHEREAS, the undersigned has discussed this conflict and counsel for Jackson does not
15  oppose a postponement of the Case Management Conference;

16  WHEREAS, the undersigned has mutually determined that the next reasonably convenient
17  Friday for both sides to appear for a Case Management Conference is June 5, 2009;

18  NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the parties,
19  subject to Court approval, as follows:

20  The Case Management Conference in this action shall be continued from May 22, 2009, until
21  June 5, 2009 at 10:30 A.M., or the next date thereafter available on the Court's calendar.

22  Dated: May 12, 2009                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
Kenneth E. Keller
Michael D. Lisi
Attorneys for Plaintiff
THE CENTRAL INSTITUTE FOR
EXPERIMENTAL ANIMALS

2

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
AND  ORDER – CORRECTED VERSION
Case No.: CV 08 5568 RMW

Dated:  May 12, 2009                              WOLF, GREENFIELD & SACKS, P.C.


By:  _____/s/_____
                Michael N. Rader
                Attorneys for Defendant and Counterclaimant
                THE JACKSON LABORATORY


    I hereby attest that I have been authorized by Counsel for The Jackson Laboratory to execute this Stipulated Request to Reschedule Case Management Conference and [Proposed] Order.

Executed on this 12th day of May, 2009, at San Francisco, California.


By:  _____/s/_____
            Michael D. Lisi


IT IS SO ORDERED.


Dated:  __5/20/09_____          _____Ronald M. Whyte_____
                                                                                   UNITED STATES DISTRICT JUDGE

94316