Kenneth E. Keller (SBN: 714050) kkeller@kksrr.com
Michael D. Lisi (SBN: 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Joseph Diamante, jdiamante@stroock.com
Ronald M. Daignault, rdaignault@stroock.com
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: 212-806-5400
Facsimile: 212-806-6006

Attorneys for Plaintiff
The Central Institute for Experimental Animals

*E-FILED - 8/25/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE JACKSON LABORATORY, a Maine corporation,<br><br>Defendant. | Case No. CV 08-5568 RMW<br><br>**STIPULATION AND []<br>ORDER TO EXTEND TIME FOR THE<br>EXCHANGE OF PROPOSED TERMS<br>FOR CONSTRUCTION** |

In accordance with Civil L.R. 6-2, Plaintiff, The Central Institute For Experimental Animals ("CIEA") and Defendant The Jackson Laboratory ("Jackson") stipulate as follows:

WHEREAS, CIEA filed a complaint in this action on or about December 12, 2008;

WHEREAS, the parties agreed to a 30-day extension, from January 12 to February 11, 2009, for Jackson to answer or otherwise respond to the complaint;

WHEREAS, Jackson filed an answer and counterclaims on February 11, 2009;

WHEREAS, CIEA filed a reply to Jackson's counterclaims on March 6, 2009;

1       WHEREAS, on March 12, 2009, the Clerk of the Court issued a Reassignment Order pursuant to which this action was reassigned from Magistrate Judge Patricia Trumbull to Judge Ronald M. Whyte for all further proceedings;

      WHEREAS, on March 17, 2009, the Court served Notice that a Case Management Conference had been scheduled for April 17, 2009 before Judge Ronald M. Whyte;

      WHEREAS, because of the intervening Passover holiday, and various scheduling conflicts, the parties mutually agreed to appear for a case management conference that was held on June 5, 2009;

      WHEREAS, the parties submitted a Proposed Scheduling Order on June 11, 2009, filed as Docket Entry No. 58 ("D.I. 58"), which the Court has not yet signed;

      WHEREAS, the parties exchanged Infringement Contentions on June 19, 2009;

      WHEREAS, the parties exchanged Invalidity Contentions on August 3, 2009;

      WHEREAS, the parties mutually agreed to reschedule the Mediation from August 12 to September 2, 2009 to accommodate Jackson's counsel, Michael Rader, requiring surgery during the month of August 2009;

      WHEREAS, as set forth in the Declaration of Richard Eskew dated August 18, 2009, and filed concurrently herewith, because CIEA's counsel, Ronald Daignault, has been responsible for the day-to-day management of the present Action. Unfortunately, Mr. Daignault has been ill for several days and is currently in the hospital recovering from his illness. As a result, it will be unduly burdensome on Plaintiff CIEA to finalize and serve the Patent L.R. 4-1 Proposed Terms for Construction by the August 17, 2009 deadline;

      WHEREAS, the undersigned has met and conferred with counsel for Jackson and counsel for Jackson stipulates to a two (2) week extension of time to serve the Patent L.R. 4-1 Proposed Terms for Construction, from August 17 to August 31, 2009;

      WHEREAS, such extension will require alteration of the following deadlines set in D.I. 58, and counsel for Jackson likewise stipulates to these changes:

1. Patent L.R. 4-2 exchange of Preliminary Claim Constructions and Extrinsic Evidence from September 7 to September 21, 2009;

2. Patent L.R. 4-3 exchange of Joint Claim Construction and Prehearing Statement from October 2 to October 9, 2009;

3. Letters in support of leave to file summary judgment motion (addressing whether the proposed motion is dictated solely by claim construction and no disputed issues of material fact; 5-page limit per party) from October 2 to October 9, 2009; and

4. Responsive letter(s) regarding leave to file summary judgment motion (3-page limit per party) from October 9 to October 16, 2009.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the parties as follows:

1. The exchange of Patent L.R. 4-1 Proposed Terms for Construction will take place on August 31, 2009;

2. The exchange of Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence will take place on September 21, 2009;

3. The exchange of Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement will take place on October 9, 2009;

4. Letters in support of leave to file summary judgment motion (addressing whether the proposed motion is dictated solely by claim construction and no disputed issues of material fact; 5-page limit per party) will be due on October 9, 2009; and

5. Responsive letter(s) regarding leave to file summary judgment motion (3-page limit per party) will be due on October 16, 2009.

6. The remaining deadlines set forth in D.I. 58, which remain unchanged from the deadlines set by the Court at the June 5, 23008 Case Management Conference, are hereby endorsed by the Court as follows:

| EVENT | DATE |
| --- | --- |
| PLR 4-4 Completion of Claim Constr. Discovery | November 2, 2009 |
| PLR 4-5(a) Opening Claim Constr. Briefs (by CIEA as to the '055 patent and by Jackson as to the '173 patent) (and if applicable, combined with summary-judgment brief) | November 16, 2009 |
| PLR 4-5(b) Responsive Claim Constr. Briefs (by Jackson as to the '055 patent and by CIEA as to the '173 patent) (and if applicable, combined with responsive summary-judgment brief) | November 30, 2009 |
| PLR 4-5(c) Reply Claim Constr. Briefs (by CIEA as to the '055 patent and by Jackson as to the '173 patent) (and if applicable, combined with reply summary-judgment brief | December 9, 2009 |
| Technology Tutorial (1.5 hours per party) | January 26, 2010 |
| PLR 4-6 Claim Constr. Hearing (and if applicable, combined with summary-judgment hearing) | January 26-27, 2010 |

Dated: August 18, 2009

Respectfully submitted,

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: ___/s/ Michael D. Lisi_____
   Michael D. Lisi
   Attorneys for Plaintiff
   The Central Institute for Experimental Animals

Dated: August 18, 2009

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

By: ___/s/ Michael N. Rader_____
   Michael N. Rader
   Attorneys for Defendant
   The Jackson Laboratory

I hereby attest that I have been authorized by Michael N. Rader to execute on his behalf this Stipulation and [Proposed] Order to Extend Time for the Exchange of Proposed Terms for Construction.

Executed on this 18th day of August, 2009 at San Francisco, California.

/s/ Michael D. Lisi
MICHAEL D. LISI

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated 8/25/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2009, I caused a true and correct copy of the foregoing:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE EXCHANGE OF PROPOSED TERMS FOR CONSTRUCTION**

to be served by email and first class mail upon the following counsel of record for Defendant:

Howard A. Slavitt
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213

Michael A. Albert
Michael N. Rader
Chelsea A. Loughran
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206

By: _____
Joy Morla