Kenneth E. Keller (SBN: 714050) kkeller@kksrr.com
Michael D. Lisi (SBN: 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Joseph Diamante, jdiamante@stroock.com
Ronald M. Daignault, rdaignault@stroock.com
Richard Eskew, reskew@stroock.com
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: 212-806-5400
Facsimile: 212-806-6006

Attorneys for Plaintiff
The Central Institute for Experimental Animals

*E-FILED - 10/20/09*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE JACKSON LABORATORY, a Maine corporation,<br><br>Defendant. | Case No. CV 08-5568 RMW<br><br>**STIPULATION TO EXTEND TIME FOR THE EXCHANGE OF PROPOSED TERMS FOR CONSTRUCTION AND OTHER UPCOMING DEADLINES AND ORDER** |

In accordance with Civil L.R. 6-2, Plaintiff, The Central Institute For Experimental Animals ("CIEA") and Defendant The Jackson Laboratory ("Jackson") stipulate as follows:

WHEREAS, CIEA filed a complaint in this action on or about December 12, 2008;

WHEREAS, the parties agreed to a 30-day extension, from January 12 to February 11, 2009, for Jackson to answer or otherwise respond to the complaint;

WHEREAS, Jackson filed an answer and counterclaims on February 11, 2009;

- 1 -
STIPULATION TO EXTEND TIME FOR THE EXCHANGE OF PROPOSED TERMS FOR CONSTRUCTION
CASE NO. CV 08-5568 RMW

NY 72258670

| | |
|---|---|
| 1 | WHEREAS, CIEA filed a reply to Jackson's counterclaims on March 6, 2009; |
| 2 | WHEREAS, on March 12, 2009, the Clerk of the Court issued a Reassignment Order |
| 3 | pursuant to which this action was reassigned from Magistrate Judge Patricia Trumbull to Judge |
| 4 | Ronald M. Whyte for all further proceedings; |
| 5 | WHEREAS, on March 17, 2009, the Court served Notice that a Case Management |
| 6 | Conference had been scheduled for April 17, 2009 before Judge Ronald M. Whyte; |
| 7 | WHEREAS, because of the intervening Passover holiday, and various scheduling conflicts, |
| 8 | the parties mutually agreed to appear for a case management conference that was held on June 5, |
| 9 | 2009; |
| 10 | WHEREAS, the parties submitted a Proposed Scheduling Order on June 11, 2009 which the |
| 11 | Court has not yet signed; |
| 12 | WHEREAS, the parties exchanged Infringement Contentions on June 19, 2009; |
| 13 | WHEREAS, the parties exchanged Invalidity Contentions on August 3, 2009; |
| 14 | WHEREAS, the parties mutually agreed to reschedule the Mediation from August 12 to |
| 15 | September 2, 2009 to accommodate Jackson's counsel, Michael Rader, requiring surgery during |
| 16 | the month of August 2009; |
| 17 | WHEREAS, the parties agreed to a two (2) week extension of time to serve the Patent L.R. |
| 18 | 4-1 Proposed Terms for Construction, from August 17 to August 31, 2009 due to the illness of |
| 19 | CIEA's counsel, Ronald Daignault, who was responsible for the day-to-day management of the |
| 20 | present Action for CIEA, and until recently was under hospital care (the Declaration of Richard |
| 21 | Eskew, dated August 18, 2009, set forth facts relevant to Mr. Daignault's condition); |
| 22 | WHEREAS, the parties also agreed to reschedule the Mediation from September 2, 2009 to |
| 23 | a mutually agreed upon date to be determined, and are in the process of determining a final date for |
| 24 | the Mediation; |
| 25 | WHEREAS, as a result of Mr. Daignault's continued illness, counsel for Plaintiff CIEA has |
| 26 | met and conferred with counsel for Jackson and counsel for Jackson stipulates to an additional one |
| 27 | |
| 28 | |

1   (1) week extension of time for the exchange of Patent L.R. 4-1 Proposed Terms for Construction

2   (and related dates as set forth in the revised schedule presented below);

3         1.      Patent L.R. 4-2 exchange of Preliminary Claim Constructions and Extrinsic

4   Evidence from September 21 to September 29, 2009;

5         2.      Patent L.R. 4-3 exchange of Joint Claim Construction and Prehearing Statement

6   from October 9 to October 16, 2009;

7         3.      Letters in support of leave to file summary judgment motion (addressing whether

8   the proposed motion is dictated solely by claim construction and no disputed issues of material

9   fact; 5-page limit per party) from October 9 to October 16, 2009; and

10        4.      Responsive letter(s) regarding leave to file summary judgment motion (3-page limit

11   per party) from October 16 to October 23, 2009;

12        5.      Patent L.R. 4-4 completion of claim construction discovery from November 2 to

13   November 9, 2009;

14        6.      Patent L.R. 4-5(a) exchange of opening claim construction briefs (by CIEA as to the

15   '055 patent and by Jackson as to the '173 patent) (and if applicable, combined with summary-

16   judgment brief) from November 16 to November 20, 2009;

17        7.      Patent L.R. 4-5(b) exchange of responsive claim construction briefs (by Jackson as

18   to the '055 patent and by CIEA as to the '173 patent) (and if applicable, combined with responsive

19   summary-judgment brief) from November 30 to December 7, 2009;

20        8.      Patent L.R. 4-5(c) exchange of reply claim construction briefs (by CIEA as to the

21   '055 patent and by Jackson as to the '173 patent) (and if applicable, combined with reply summary-

22   judgment brief) from December 9 to December 16, 2009;

23        9.      The technology tutorial (1.5 hours per party) will remain on January 26, 2010; and

24       10.     The Patent L.R. 4-6 Claim Construction Hearing (and if applicable, combined with

25   summary-judgment hearing) will remain on January 26-27, 2010.

26       NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the

27   parties as follows:

28

1. The exchange of Patent L.R. 4-1 Proposed Terms for Construction will take place on September 8, 2009;

2. The exchange of Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence will take place on September 29, 2009;

3. The exchange of Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement will take place on October 16, 2009;

4. Letters in support of leave to file summary judgment motion (addressing whether the proposed motion is dictated solely by claim construction and no disputed issues of material fact; 5-page limit per party) will be due on October 16, 2009; and

5. Responsive letter(s) regarding leave to file summary judgment motion (3-page limit per party) will be due on October 23, 2009;

6. The completion of Patent L.R. 4-4 claim construction discovery will be on November 9, 2009;

7. The exchange of Patent L.R. 4-5(a) opening claim construction briefs (by CIEA as to the '055 patent and by Jackson as to the '173 patent) (and if applicable, combined with summary-judgment brief) will take place on November 20, 2009;

8. The exchange of Patent L.R. 4-5(b) responsive claim construction briefs (by Jackson as to the '055 patent and by CIEA as to the '173 patent) (and if applicable, combined with responsive summary-judgment brief) will take place on December 7, 2009;

9. The exchange of Patent L.R. 4-5(c) reply claim construction briefs (by CIEA as to the '055 patent and by Jackson as to the '173 patent) (and if applicable, combined with reply summary-judgment brief) will take place on December 16, 2009;

10. Technology tutorial (1.5 hours per party) will take place on January 26, 2010; and

11. Patent L.R. 4-6 Claim Construction Hearing (and if applicable, combined with summary-judgment hearing) will take place on January 26-27, 2010.

Dated: September 9, 2009

Respectfully submitted,

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: __/s/ *Michael D. Lisi*_____
    Michael D. Lisi
    Attorneys for Plaintiff
    The Central Institute for Experimental Animals

Dated: September 9, 2009

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

By: __/s/ *Michael N. Rader*_____
    Michael N. Rader
    Attorneys for Defendant
    The Jackson Laboratory

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated __10/20/09_____  __/s/ Ronald M. Whyte_____
    The Honorable Ronald M. Whyte
    United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2009, I caused a true and correct copy of the foregoing:

**STIPULATION TO EXTEND TIME FOR THE EXCHANGE OF PROPOSED TERMS FOR CONSTRUCTION AND OTHER UPCOMING DEADLINES**

to be served by email and first class mail upon the following counsel of record for Defendant:

>Howard A. Slavitt
>Coblentz, Patch, Duffy & Bass, LLP
>One Ferry Building, Suite 200
>San Francisco, California 94111-4213
>
>Michael A. Albert
>Michael N. Rader
>Chelsea A. Loughran
>Wolf, Greenfield & Sacks, P.C.
>600 Atlantic Avenue
>Boston, Massachusetts 02210-2206

By: _____
    Joy Morla