Kenneth E. Keller (SBN: 714050) kkeller@kksrr.com
Michael D. Lisi (SBN: 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Joseph Diamante jdiamante@stroock.com
Ronald M. Daignault rdaignault@stroock.com
Richard Eskew reskew@stroock.com
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982
Telephone: 212-806-5400
Facsimile: 212-806-6006

Attorneys for Plaintiff
  Central Institute for Experimental Animals

*E-FILED - 11/17/09*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>THE JACKSON LABORATORY, a Maine corporation,<br><br>        Defendant. | **Case No. CV 08-5568 RMW**<br><br>**STIPULATED REQUEST AND [] ORDER TO EXTEND THE MEDIATION DEADLINE** |

| | |
|---|---|
| 1 | WHEREAS, on April 17, 2009, this Court referred the above-captioned case to the ADR Department for mediation, and ordered the parties to complete mediation no later than July 16, 2009 (D.I. 43); |
| 4 | WHEREAS, on April 23, 2009, this Court appointed Jack Russo, Esq. of Russo & Hale as the mediator (D.I. 45); |
| 6 | WHEREAS, on two separate occasions, the parties were able to schedule dates with Mr. Russo for the mediation, for August 16, 2009 and September 2, 2009, respectively, but counsel for the parties each had unexpected medical conditions that required postponement of the scheduled mediations; |
| 10 | WHEREAS, the parties have conferred among themselves and communicated with Mr. Russo about scheduling a new date for the mediation and determined that November 12, 2009 is the earliest agreeable date for mediation; |
| 13 | WHEREAS, the parties respectfully request an extension of the mediation deadline to November 12, 2009; |
| 15 | NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties, through their respective counsel of record, that the deadline to complete mediation shall be extended to November 12, 2009. |

Dated: November 2, 2009

By: ___/s/_____
KRIEG, KELLER, SLOAN, REILLEY
 & ROMAN LLP
Kenneth E. Keller
Michael D. Lisi

STROOCK & STROOCK & LAVAN LLP
Joseph Diamante
Ronald M. Daignault
Richard Eskew

Attorneys for Plaintiff
THE CENTRAL INSTITUTE FOR
EXPERIMENTAL ANIMALS

1
STIPULATED REQUEST AND [] ORDER TO EXTEND THE MEDIATION DEADLINE
CASE NO. CV 08-5568 RMW

NY 72396063

Dated: November 2, 2009

By: ___/s/_____
Michael N. Rader
WOLF, GREENFIELD & SACKS, P.C.

Attorneys for Defendant
THE JACKSON LABORATORY

I hereby attest that I have been authorized by Counsel for The Jackson Laboratory to execute this Stipulated Request and [Proposed] Order to Extend the Mediation Deadline.

Executed on this 2nd day of November, 2009.

By: ___/s/_____
Kenneth E. Keller

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _ 11/17/09 ___          _/s/ Ronald M. Whyte_____
UNITED STATES DISTRICT JUDGE

NY 72396063