HOWARD A. SLAVITT (State Bar No 172840)
ALLISON EHLERT (State Bar No 230362)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: ef-has@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
MICHAEL N. RADER (admitted pro hac vice)
CHELSEA A. LOUGHRAN (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail: mrader@wolfgreenfield.com
cloughran@wolfgreenfield.com

Attorneys for Defendant
THE JACKSON LABORATORY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE JACKSON LABORATORY, a Maine corporation<br><br>Defendant. | Case No. CV 08-5568 RMW<br><br>**ORDER ON JACKSON'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COUNTERCLAIM**<br><br>Judge: Hon. Ronald M. Whyte<br>Courtroom: #6, 4th Floor |

Having considered Jackson's Unopposed Motion for Leave to File a Supplemental Counterclaim (D.I. 138) and the parties' Civil Local Rule 7-12 Stipulation Allowing Jackson to File a Supplemental Counterclaim (D.I. 137), the Court hereby GRANTS Jackson's motion. The Court orders as follows:

1. The Tutorial and Claim Construction Hearing scheduled for February 2-3, 2010 will address the disputed terms in both the '055 patent asserted by CIEA against Jackson and the NIH '173 patent asserted in counterclaim by Jackson against CIEA.

2. Before the Tutorial and Claim Construction Hearing, Jackson shall file the proposed answer and counterclaim attached as Exhibit B to D.I. 139.

3. CIEA may answer or otherwise respond to Jackson's supplemental counterclaim by February 12, 2010.

4. If CIEA moves to dismiss Jackson's supplemental counterclaim, Jackson may oppose that motion by March 5, 2010 and CIEA may file a reply by March 12, 2010.

5. The hearing, if any, on such a motion to dismiss will be held on **March 26, 2010**.

Date: January 27, 2010

_____
HON. RONALD M. WHYTE
United States District Court Judge
Northern District of California