**E-FILED on** 8/13/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>THE JACKSON LABORATORY, a Maine corporation,<br><br>   Defendant. | No. C-08-05568 RMW<br><br><br>ORDER DENYING MOTION TO SEAL<br><br><br>**[Re Docket Nos. 176, 183, 185]** |

The parties seek to file portions of defendant Jackson Laboratory ("Jackson")'s amended supplemental answer and counterclaims under seal. Having reviewed the material that the parties seek to file under seal and having considered plaintiff Central Institute for Experimental Animals ("CIEA")'s explanation for why the material should be sealed, the court does not see a basis for sealing this material and thus denies the motion to seal.

DATED:    8/13/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO SEAL—No. C-08-05568 RMW
CCL