HOWARD A. SLAVITT (State Bar No 172840)
ALLISON EHLERT (State Bar No 230362)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail:  ef-has@cpdb.com

MICHAEL N. RADER (admitted pro hac vice)
CHELSEA A. LOUGHRAN (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail:  mrader@wolfgreenfield.com
         cloughran@wolfgreenfield.com

Attorneys for Defendant
THE JACKSON LABORATORY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE CENTRAL INSTITUTE FOR EXPERIMENTAL ANIMALS, a Japanese corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>THE JACKSON LABORATORY, a Maine corporation<br><br>        Defendant. | Case No. CV 08-5568 RMW<br><br>**JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Having reached a settlement of this action, Plaintiff CIEA and Defendant Jackson jointly stipulate and move this Court to:

(1) dismiss the action, including all claims and counterclaims, with prejudice, without right of appeal, and with each party to bear its own costs, and;

(2) retain jurisdiction over this matter to enforce, if necessary, the terms of the parties' settlement agreement.

Dated: August 12, 2011   By:   /s/ Ronald M. Daignault
Ronald M. Daignault

Attorneys for Plaintiff
The Central Institute for Experimental Animals

Dated: August 12, 2011   By:   /s/ Michael N. Rader
Michael N. Rader
Chelsea A. Loughran

WOLF, GREENFIELD & SACKS, P.C.
Attorneys for Defendant
The Jackson Laboratory

PURSUANT TO STIPULATION, IT IS SO ORDERED. This action is dismissed with prejudice. The court retains jurisdiction over this matter to enforce, if necessary, the terms of the parties' settlement agreement.

Dated: Qevqdgt "42, 2011

/s/ Ronald M. Whyte
HON. RONALD M. WHYTE
United States District Court Judge
Northern District of California

Page 1                                                 JOINT MOTION TO DISMISS CASE WITH
                                                       PREJUDICE AND TO ALLOW COURT TO
                                                       RETAIN JURISDICTION